| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JONATHON SCHUBERT, §
§
    Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:19-CV-66
§
LIEUTENANT MCYNTRE, *et al.*, §
§
    Defendants. §

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    Plaintiff Jonathon Schubert, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed for failure to state a claim upon which relief may be granted. To date, the parties have not filed objections.

    The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law contained in the Report and Recommendation are correct.

    Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#35) is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

    SIGNED at Beaumont, Texas, this 23rd day of February, 2023.

                                                               MARCIA A. CRONE
                                           UNITED STATES DISTRICT JUDGE